UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| JERRY CHARLES BECHT,<br><br>     Plaintiff,<br>v.<br><br>TRANSWORLD SYSTEMS, INC.,<br><br>     Defendant. | Case No: 4:17-cv-00079-SEB-DML<br><br>Honorable Judge Sarah E. Barker |

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff, JERRY CHARLES BECHT ("Plaintiff"), by and through his attorneys, SULAIMAN LAW GROUP, LTD., having filed with this Court his Agreed Stipulation of Dismissal with Prejudice and the Court having reviewed same, now finds that this matter should be dismissed.

IT IS THEREFORE ORDERED by this Court that the above cause of action is hereby dismissed, with prejudice.

DISTRIBUTION:

Dated: _____12/6/2017_____        _____*Sarah Evans Barker*_____
                                                                                            SARAH EVANS BARKER, JUDGE
                                                                                            United States District Court
                                                                                            Southern District of Indiana

Nathan C. Volheim                                         Andrew E. Cunningham
Sulaiman Law Group, Ltd.                           Sessions Fishman Nathan & Israel, LLC
2500 S. Highland Avenue, Suite 200         120 South LaSalle Street, Suite 1960
Lombard, IL 60148                                         Chicago, IL 60603
(630) 575-8181                                                Phone: (312) 578-0990
nvolheim@sulaimanlaw.com                      acunningham@sessions.legal